No. 1224. PRESTON v. TYNER. Ct. App. Ohio, Fayette County. Certiorari denied. *Robert R. Crane* for petitioner.

No. 1229. FORD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. *Robert C. Heeney* for petitioner.

No. 1232. HOLBROOK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Benjamin F. Kelly* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1234. HO YEH SZE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* and *Jules E. Coven* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1240. DAVIDSON v. DIVISION OF REVENUE OF THE DEPARTMENT OF TREASURY OF MICHIGAN. Ct. App. Mich. Certiorari denied. *Harold S. Sawyer* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *William D. Dexter* and *Maurice Barbour,* Assistant Attorneys General, for respondent.

No. 1051. SOLONER ET AL. v. GARTNER. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Henry Kaiser, Eugene Gressman, Edward Davis* and *Alan R. Howe* for petitioners.

No. 1274. LEHIGH VALLEY RAILROAD Co. v. WM. SPENCER & SON CORP. C. A. 2d Cir. Certiorari denied. *Thomas V. McMahon* for petitioner. *Daniel A. Semel* for respondent.